IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FEDERAL HOME LOAN MORTGAGE
CORPORATION,

       Plaintiff,

v.                                          Civil Action No. 3:12-CV-0841-N-BK

JOE FUNK, JR.,

       Defendant,

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DIRECTS that this case be remanded to County Court of Law 1, Ellis County, TX,

SO ORDERED this 21st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE